UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Junio de Oliveira Costa

    v.      Civil Case No. 26-cv-26-JL

Andrew Ackley, et al.

# ORDER

    Before the court is the habeas petition brought by Junio de Oliveira Costa challenging his ongoing ICE detention. In their response to the court's order to show cause why it should not afford the petitioner the same relief ordered in *Destino v. FCI Berlin, Warden,* No. 1:25-CV-374-SE-AJ, 2025 WL 4010424 (D.N.H. Dec. 24, 2025) (Elliott, C.J.),[1] the respondents "acknowledge[d] that they cannot show cause why this Court should not order the same relief ordered in *Destino*," if it were to adopt *Destino*'s reasoning here, but "maintain[ed] that *Destino* was wrongly decided," that the petitioner is held under 8 U.S.C. § 1225 and, without elaborating on any legal arguments against the relief, "preserve[d] their objection for appeal.[2]

    Thus, no cause having been shown, the court GRANTS the petition[3] for a bond hearing based on the reasoning in *Destino* and orders the respondents to provide the petitioner with a bond hearing as soon as practicable. The petition is DENIED in all other respects. The parties shall file a status report within 10 days of this order.

SO ORDERED.

_____
Joseph N. Laplante
United States District Judge

Dated: January 29, 2026

Cc: Counsel of record

---

[1] Summary Show Cause Order (doc. no. 3).
[2] Show Cause Response (doc. no. 5) at 1-3. The court makes no finding as to the preservation of any grounds or arguments mentioned, but not actually argued or developed, on the record of this case.
[3] Pet. Writ Habeas Corpus (doc. no. 1).